IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF MONTANA, INC.,<br><br>Defendant. | No. CV-16-58-BU-SEH<br><br>ORDER |

Health Care Service Corporation, an Illinois mutual legal reserve company ("HCSC") doing business in Montana as Blue Cross and Blue Shield of Montana, moves on behalf of the alleged "incorrectly sued . . . Blue Cross Blue Shield of Montana, Inc."[1] for the admission of Meredith A. Shippee, Esq. ("Shippee") and Martin J. Bishop, Esq. ("Bishop") of Reed Smith, LLP, Chicago, Illinois, to practice before this Court in this case with Daniel J. Auerbach, Esq., of Browning, Kaleczyc, Berry & Hoven, P.C., Missoula, Montana, to act as local counsel.

---

[1] Doc. 1.

Shippee and Bishop's applications appear to be in compliance with L.R. 83.1(d).

ORDERED:

Shippee and Bishop's *Pro Hac Vice* Applications[2] are GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead or co-lead counsel;

2. Either Shippee or Bishop, but not both, may act as co-lead counsel;

3. Shippee and Bishop must each do his or her own work. Each must do his or her own writing, sign his or her own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before this Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Shippee and Bishop; it is not an admission of Reed Smith, LLP.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Shippee and Bishop, within 15 days from the date of this Order, both file an acknowledgment and acceptance of his or

---

[2] Docs. 6, 7.

her admission under the terms set forth above.

DATED this 5th day of December, 2016.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge