# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

FILED
JAN 24 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR, <br><br> Plaintiff, <br><br> vs. <br><br> HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana, <br><br> Defendant. | No. CV-16-58-BU-SEH <br><br> **ORDER** |

The Court's Order of December 5, 2016, admitted Meredith A. Shippee and Martin J. Bishop as *pro hac vice* counsel stating, *inter alia*,

> 3.  Shippee and Bishop must each do his or her own work. Each must do his or her own writing, sign his or her own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before this Court;
>
> 4.  Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.[1]

---

[1] Doc. 9 at 2.

Three filings on behalf of Defendant submitted since December 5, 2016, do not comply with paragraphs 3 and 4 of Doc. 9.

ORDERED:

Counsel shall ensure that all further filings on behalf of Defendant fully satisfy all requirements of Doc. 9 and L.R. 83.1(d).

DATED this 24th day of January, 2017.

SAM E. HADDON
United States District Judge