

FILED

MAR 03 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR,<br><br>                Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana,<br><br>                Defendant. | No. CV-16-58-BU-SEH<br><br>**ORDER** |

This Order addresses the deficiencies in the parties' preliminary pretrial statements filed January 20, 2017,[1] and January 23, 2017,[2] and amends and supplements the Court's scheduling Order of January 31, 2017.[3]

---

[1] Doc. 18.

[2] Doc. 21.

[3] Doc. 24.

Defendant's Preliminary Pretrial Statement[4] fails to include "the name and city and state of current residence of each individual known or believed to have information that may be used in proving or denying any party's claims or defenses, and a summary of that information."[5]

Plaintiff's Preliminary Pretrial Statement[6] fails to include "the basis for federal jurisdiction and for venue in the division."[7]

Disclosure and filing of Plaintiff's experts and reports are due on or before October 13, 2017.[8]

Disclosure and filing of Defendant's experts and reports are due on or before November 10, 2017.[9]

ORDERED:

1. Both parties' preliminary pretrial statements, amended in compliance with L.R. 16.2(b)(1) to cure the stated deficiencies, shall be filed on or before **March 10, 2017**.

---

[4] Doc. 18 at 9–10.

[5] L.R. 16.2(b)(1)(J).

[6] Doc. 21 at 9.

[7] L.R. 16.2(b)(1)(B).

[8] Doc. 24 at 2.

[9] *Id.*

2. Separate written disclosures of all non-retained experts (expert witnesses not required to provide written reports) shall be served upon opposing counsel and filed by Plaintiff on or before October 13, 2017, and by Defendant on or before November 10, 2017. Such disclosures must address and include all information required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and shall include separate statements of each opinion to be offered, specific identification of and source citations to the record to facts or data considered, referenced, or relied upon by the witness in forming the opinions expressed, and the bases and reasons for the opinions. Such disclosures are expected to be complete, comprehensive, accurate, and tailored to the issues on which the expert is expected to testify.

All other matters and deadlines in the Court's Order of January 31, 2017,[10] remain in full force and effect.

DATED this 3rd day of March, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[10] Doc. 24.