IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION



FILED
AUG 25 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana,<br><br>Defendant. | No. CV-16-58-BU-SEH<br><br>**ORDER** |

Defendant has moved for admission of Thomas C. Hardy, Esq.[1] to practice before this Court in this case *pro hac vice* with Daniel J. Auerbach, Esq., of Browning, Kaleczyc, Berry & Hoven, P.C., Missoula, Montana, to act as local counsel. On December 5, 2016, the Court granted the applications of Meredith A. Shippee, Esq. and Martin J. Bishop, Esq. to appear *pro hac vice* with Auerbach.[2]

---

[1] Doc. 41.

[2] Doc. 9.

The policy of this Court precludes the admission of more than two *pro hac vice* lawyers for any one party.

ORDERED:

Defendant shall either withdraw the application for *pro hac vice* admission of Thomas C. Hardy, Esq.[3] or file a withdrawal of Meredith A. Shippee, Esq. or Martin J. Bishop, Esq. as *pro hac vice* counsel of record on or before September 1, 2017.

The Court will take up the applications upon receipt of the response ordered.

DATED this 25th day of August, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 41.