# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

**FILED**

SEP 0 5 2017

Clerk, U.S. District Court
District Of Montana
Helena

|  |  |
|---|---|
| WENDY TOLLIVER-MCGREGOR, | |
| Plaintiff, | No. CV-16-58-BU-SEH |
| vs. | **ORDER** |
| HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana, | |
| Defendant. | |

On August 18, 2017, Defendant moved for admission of Thomas C. Hardy, Esq. to practice before this Court in this case with Daniel J. Auerbach, Esq., of Browning, Kaleczyc, Berry & Hoven, P.C., Missoula, Montana, to act as local counsel.[1] By Order of August 25, 2017, the Court advised the parties that "[t]he policy of this Court precludes the admission of more than two *pro hac vice* lawyers for any one party" and required either a withdrawal of the application for *pro hac vice* admission of Thomas C. Hardy, Esq. or the withdrawal of one of the

---

[1] Doc. 41.

*pro hac vice* counsel admitted by prior order of the Court.[2] On September 1, 2017, a Notice of Withdrawal of *Pro Hac Vice* Appearance of Meredith A. Shippee was filed.[3]

Thomas C. Hardy's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendant Health Care Service Corporation's Unopposed Motion for Admission of Thomas C. Hardy *Pro Hac Vice*[4] is GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead or co-lead counsel;

2. Either Martin J. Bishop, Esq. or Thomas C. Hardy, Esq., but not both, may act as co-lead counsel;

3. Thomas C. Hardy, Esq. must do his own work. He must do his own writing, sign his own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before this Court;

---

[2] Doc. 42 at 2.

[3] Doc. 43.

[4] Doc. 41.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Thomas C. Hardy, Esq.; it is not an admission of Reed Smith, LLP.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Thomas C. Hardy, Esq., within 15 days from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this _5th_ day of September, 2017.

Sam E Haddon
SAM E. HADDON
United States District Judge