**FILED**

OCT 0 3 2017

Clerk, U.S. District Court
District Of Montana
Helena

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF MONTANA, INC.,<br><br>Defendant. | Cause No. CV-16-58-BU-SEH<br>Hon. Sam E. Haddon<br><br>**ORDER VACATING SCHEDULING ORDER AND GRANTING STAY OF PROCEEDINGS THROUGH JANUARY 31, 2018** |

Upon review of Plaintiff's Unopposed Motion to Vacate Scheduling Order and Stay Proceedings Through January 31, 2018, and good cause showing,

**IT IS ORDERED** that Plaintiff's motion is **GRANTED**, and that the January 31, 2017 Scheduling Order (Dkt. 24) is vacated and the case stayed up and through January 31, 2018. Plaintiff shall file a Status Report on or before January 31, 2018.

DATED this 2nd day of October, 2017.

SAM E. HADDON
United States District Judge