# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR, | |
| Plaintiff, | No. CV-16-58-BU-SEH |
| vs. | |
| HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana, | ORDER |
| Defendant. | |

Plaintiff's Unopposed Motion to Extend Stay of Proceedings Through March 30, 2018,[1] is GRANTED. The stay is extended to and including March 30, 2018.

Plaintiff shall file a status report on or before March 30, 2018.

DATED this 31st day of January, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 51.