# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana,<br><br>Defendant. | No. CV-16-58-BU-SEH<br><br>ORDER |

The parties' Second Joint Stipulated Motion for Extension of Time to Disclose Expert Witnesses[1] is GRANTED. Plaintiff shall file her expert witness disclosure on or before November 1, 2018. Defendant shall file its expert witness disclosure on or before December 14, 2018. The parties' expert witness

---

[1] Doc. 63.

disclosures shall comply with the Court's scheduling order of May 16, 2018.[2] All other deadlines remain in full force and effect. Further requests to amend the provisions of the scheduling order of May 16, 2018,[3] as modified herein, are unlikely to be granted.

DATED this 23rd day of October, 2018.

*Sam E Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 59.

[3] Doc. 59.