FILED

DEC 2 0 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana,<br><br>Defendant. | No. CV-16-58-BU-SEH<br><br>ORDER |

Defendant's Unopposed Local Rule 5.1(b) Motion for Leave to File Protected Health Information Under Seal[1] is GRANTED subject to and upon the conditions of this Order.

ORDERED:

1. Documents containing Protected Health Information, as defined by 45

---

[1] Doc. 71.

C.F.R. § 160.103, that have been relied upon by Defendant's expert witnesses shall be sealed and shall not be open to the public, except as ordered by this Court.

2. All documents relied upon by the Court in resolving any issue before the Court, including documents filed under seal, shall be made public contemporaneously with the Court's ruling on the issue.

DATED this 20th day of December, 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge