FILED
2/20/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR, <br><br> Plaintiff, <br><br> vs. <br><br> HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana, <br><br> Defendant. | No. CV-16-58-BU-SEH <br><br> **ORDER** |

On February 15, 2019, Defendant Health Care Service Corporation ("Defendant") moved with supporting briefs and documents: (1) Defendant's Motion for Partial Summary Judgment[1]; (2) Motion *in Limine* No. 1 to Exclude Evidence Not Before BCBSMT When It Made Its Determination That Plaintiff's In-Patient Rehabilitation Stay at Craig Hospital Was Not Medically Necessary[2];

---

[1] Doc. 83.

[2] Doc. 85.

(3) Motion *in Limine* No. 2 to Exclude Evidence Regarding Financial Hardship[3];

(4) Defendant's Motion *in Limine* No. 3 to Exclude References to Prior Judicial Opinions Regarding Dr. Howard Choi[4]; and (5) Defendant's Motion to Exclude the Expert Testimony of Gregory Munro and Cori Cook.[5] The motions did not indicate compliance with L.R. 7.1(c)(1).

ORDERED:

1. Defendant's motions, Docs. 83, 85, 86, 87, and 88, are DENIED without prejudice for failure to comply with L.R. 7.1(c)(1) and (d)(1)(A).

2. Amended motions and supporting documents may be filed in compliance with the rules of this Court.

3. If any of the motions are refiled, the responding party will have the time allotted under L.R. 7.1(d)(1)(B) in which to respond.

DATED this 20th day of February, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Doc. 86.

[4] Doc. 87.

[5] Doc. 88.