# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

FILED

3/27/2019

Clerk, U.S. District Court
District of Montana
Helena Division

|  |  |  |
|---|---|---|
| WENDY TOLLIVER-MCGREGOR, | | |
| Plaintiff, | No. CV-16-58-BU-SEH | |
| vs. | | |
| | **ORDER** | |
| HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana, | | |
| Defendant. | | |

On March 27, 2019, Defendant filed an Unopposed Motion to File a

Corrected Reply Brief in support of its Motion for Summary Judgment.

ORDERED:

Defendant's Motion to File a Corrected Reply Brief[1] is GRANTED.

DATED this 27th day of March, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 133