FILED

4/3/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR,<br><br>                Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana,<br><br>                Defendant. | No. CV-16-58-BU-SEH<br><br>**ORDER** |

Upon review of Plaintiff's *Unopposed Motion Re: Hearing-Assisted Device,* and good cause showing,

**IT IS ORDERED** that Plaintiff's counsel may bring his cell phone to the motions hearing set for April 4, 2019. The phone shall be brought to the hearing

turned off and may only be turned on with leave of court. If the phone is turned on during the hearing it shall be done in non-transmitting mode.

DATED this 3rd day of April, 2019.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge