IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
4/10/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR, <br><br> Plaintiff, <br><br> vs. <br><br> HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana, <br><br> Defendant. | No. CV-16-58-BU-SEH <br><br> **ORDER** |

On April 9, 2019, the parties filed a Stipulated Motion to Extend the Proposed Final Pretrial Order.[1]

ORDERED:

The parties' Stipulated Motion to Extend the Proposed Final Pretrial Order[2] is GRANTED. The parties shall have to and including June 7, 2019, in which to

---

[1] Doc. 144.

[2] Doc. 144.

file the proposed final pretrial order. All other deadlines remain in full force and effect.

DATED this 10th day of April, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge