FILED

4/26/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana,<br><br>Defendant. | No. CV-16-58-BU-SEH<br><br>**ORDER** |

Defendant's Unopposed Local Rule 5.1(b) Motion for Leave to File

Protected Health Information Under Seal[1] is GRANTED subject to and upon the

---

[1] Doc. 148.

conditions of the Agreed Protective Order,[2] issued March 3, 2017, including Paragraph 12, which states that "[a]ll parties understand that all documents relied upon by the Court in resolving any issue before the Court, including documents filed under seal, will be made public contemporaneously with the Court's ruling on the issue."[3]

DATED this 26th day of April, 2019.

*Sam E Haddon*

SAM E. HADDON
United States District Judge

---

[2] Doc. 29.

[3] Doc. 29 at 7.