FILED
5/10/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR,<br><br>                   Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company d/b/a in Montana as Blue Cross and Blue Shield of Montana,<br><br>                   Defendant. | No. CV-16-58-BU-SEH<br><br>**ORDER** |

A Notice of Settlement having been filed,[1]

ORDERED:

1.    The briefing schedule and all deadlines are VACATED.

---

[1] Doc. 154.

2. The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 10th day of May, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge