UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| WENDY TOLLIVER-MCGREGOR,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF MONTANA, INC.,<br><br>Defendant. | Cause No. CV-16-58-BU-SEH<br>Hon. Sam E. Haddon<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties having filed a Stipulation for Dismissal With Prejudice,

ORDERED:

This matter is DISMISSED WITH PREJUDICE, each party to bear their own costs and fees.

DATED this 10th day of June, 2019.

SAM E. HADDON
United States District Judge